UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ZACHARY SMITH, )<br>)<br>Defendant. ) | Case No.  4:16CR00528AGF |

**ORDER**

**IT IS HEREBY ORDERED** that the change of plea hearing as to defendant **Zachary Smith** is set for **Monday, May 22, 2017 at 9:30 a.m.**

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 9th day of May, 2017.