UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:16-CR-528-AGF-PLC |
| | ) |
| ZACHARY SMITH, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S OBJECTIONS TO PRESENTANCE INVESTIGATION REPORT**

**COMES NOW** Defendant, Zachary Smith, through undersigned counsel, and hereby objects to paragraphs 27 and 41 of USA's presentence investigation report.  In support of his objections, Defendant states that when speaking to law enforcement he has consistently denied shocking/tasing E.A.

Additionally, the facts referenced in paragraphs 27 and 41 were not admitted in the plea agreement.

Respectfully submitted,

ROGERS SEVASTIANOS & BANTE, LLP

By:   /S/ John P. Rogers
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 354-8484
(314) 354-8271 Facsimile

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4: 4:16-CR-528-AGF-PLC |
| | ) |
| ZACHARY SMITH, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2017, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following to Assistant United States Attorney John T. Davis:

**Defendant's Objections to Presentence Investigation Report**

Respectfully submitted,

ROGERS, SEVASTIANOS & BANTE, LLP

By:   /S/ John P. Rogers
JOHN P. ROGERS, #38743MO
Attorney for Defendant
120 S. Central Avenue, Suite 160
Clayton, Missouri 63105
(314) 354-8484
(314) 354-8271 Facsimile